|  |  |
|---|---|
| PEDRO BRAMBILA and DOMINGA BRAMBILA,<br><br>          Plaintiffs,<br><br>     v.<br><br>JACKIE WARDELL, et al.,<br><br>          Defendants. | Case No.: 4:11-cv-05032-YGR<br><br>**ORDER REGARDING PLAINTIFFS' OPPOSITIONS TO DEFENDANTS' MOTIONS TO DISMISS** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

On November 4, 2011, Defendants Jackie Worden (erroneously sued as Jackie Wardell) and Catalina Padilla, filed a Motion to Dismiss Plaintiffs' Complaint. (Dkt. No. 11.) The hearing on this motion was originally set for December 12, 2011, but was re-noticed for hearing on March 20, 2012. (Dkt. No. 12.) Plaintiffs' opposition was due on November 18, 2011. Civ. L.R. 7-3(a).

On December 8, 2011, Defendant Wells Fargo Bank, N.A. filed a Motion to Dismiss Plaintiffs' Complaint Pursuant to F.R.Civ.P. 8 and 12(b)(6). (Dkt. No. 14.) The hearing on this motion was originally set for April 10, 2012. Plaintiffs' opposition was due on December 22, 2011. Civ. L.R. 7-3(a).

To date, Plaintiffs have failed to respond to either motion to dismiss. Defendants Worden and Padilla filed a reply and notice of non-opposition in support of their Motion to Dismiss on November 28, 2011. (Dkt. No. 13.) <u>Plaintiffs shall file their oppositions to both motions to dismiss by February 14, 2012. Failure to file an opposition by that date will result in dismissal of the action for failure to prosecute.</u> If Plaintiffs submit their oppositions by this date, Defendants shall reply by February 21, 2012.

Pursuant to the Court's Reassignment Order (Dkt. No. 17), all hearing dates have been vacated and must be re-noticed by the moving parties for a Tuesday subsequent to the previously noticed dates. The Court will permit Defendants to re-notice their motions to dismiss on March 13, 2012, as indicated in their Joint Case Management Conference Statement (Dkt. No. 18), even though this date is prior to both previously scheduled hearing dates.

**IT IS SO ORDERED.**

Dated: January 30, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**