UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO BRAMBILA and DOMINGA BRAMBILA,<br><br>  Plaintiffs,<br><br>  v.<br><br>JACKIE WARDELL, et al.,<br><br>  Defendants. | Case No.: 4:11-cv-05032-YGR<br><br>**ORDER DISMISSING DEFENDANTS WORDEN, PADILLA, AND WELLS FARGO BANK FOR PLAINTIFFS' FAILURE TO PROSECUTE ACTION** |

On November 4, 2011, Defendants Jackie Worden (erroneously sued as Jackie Wardell) and Catalina Padilla, filed a Motion to Dismiss Plaintiffs' Complaint. Dkt. No. 11. Plaintiffs' opposition to this motion was due on November 18, 2011. Civ. L.R. 7-3(a). On December 8, 2011, Defendant Wells Fargo Bank, N.A. filed a Motion to Dismiss Plaintiffs' Complaint Pursuant to F.R.Civ.P. 8 and 12(b)(6). Dkt. No. 14. Plaintiffs' opposition to this motion was due on December 22, 2011. Civ. L.R. 7-3(a).

After failing to oppose the motions to dismiss, the Court, on January 30, 2012, ordered Plaintiffs to respond to both motions on or before February 14, 2012, or face dismissal of the action for failure to prosecute. Dkt. No. 20. Plaintiffs again failed to respond to the motions. Because Plaintiffs have failed to prosecute this lawsuit, Plaintiffs' complaint against Defendants Jackie Worden, Catalina Padilla, and Wells Fargo Bank, N.A. is DISMISSED without prejudice. This Order Terminates Docket Nos. 11 & 14.

**IT IS SO ORDERED.**

Dated: February 24, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**