UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO BRAMBILA and DOMINGA BRAMBILA,<br><br>    Plaintiffs,<br><br>    v.<br><br>JACKIE WARDELL, et al.,<br><br>    Defendants. | Case No.: 4:11-cv-05032-YGR<br><br>**ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE** |

On February 24, 2012, the Court issued two orders in this action: an Order Dismissing Defendants Worden, Padilla, and Wells Fargo Bank for Plaintiffs' Failure to Prosecute Action; and an Order to Show Cause and Setting Compliance Hearing. (Dkt. Nos. 21 & 22.) The Order to Show Cause hearing was scheduled for April 6, 2012. In the Order to Show Cause, the Court stated that Plaintiffs must file a written response and personally appear if they wished to further prosecute this action as to the remaining defendants. The Court stated that: "Failure to file a written response or to appear personally will be deemed an admission that no good cause exists for Plaintiffs' failure and the action will be dismissed for failure to prosecute." (Dkt. No. 22.)

Plaintiffs did not appear at the hearing on April 6, 2012, nor did they file any written response to the Order to Show Cause. By these actions, Plaintiffs have admitted that no good cause exists to continue with this action. For the foregoing reasons, this action is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Dated: April 6, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**